

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00449-CR

Edwing Ahmed **ALVAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CRJ001220D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on November 2, 2017. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to December 4, 2017. On December 4, 2017, the appellant filed a motion requesting an additional extension of time to file the brief until January 3, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by January 3, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court